1020

[Nos. 11365-5-III; 11369-8-III. Division Three. December 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS
MANUEL RODRIGUEZ-MENDEZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. GARY
L. MORENO, *Appellant*.

Appeals from judgments of the Superior Court for Yakima
County, Nos. 90-1-02018-1, 90-1-02017-2, Robert N. Hackett,
Jr., J., entered February 1, 1991. *Affirmed* by unpublished
opinion per Thompson, J., concurred in by Shields, C.J., and
Sweeney, J.

[No. 10600-4-III. Division Three. December 24, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. DESIREE
JESERNIG, *Respondent*.

Appeal from a judgment of the Superior Court for Benton
County, No. 89-1-00274-8, Duane E. Taber, J., entered May
11, 1990. *Dismissed* by unpublished opinion per Shields,
C.J., concurred in by Munson and Thompson, JJ.

[No. 27254-3-I. Division One. December 28, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
LEE COCHRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01689-3, Jim Bates, J., entered October
16, 1990. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Pekelis and Agid, JJ.